Mark L. Smith (#213829)
msmith@smithwashburn.com
Jacob L. Fonnesbeck (#304954)
jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
500 South Grand Avenue, Suite 1450
Los Angeles, CA 90071
Telephone:   (213) 418-2390
Facsimile:   (213) 418-2399

*Attorneys for Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>DOE NO. 1 d/b/a www.PredatorsAlerts.com, *et al.*,<br><br>　　　Defendants. | Case No. 4:18-cv-5018-DMR<br><br>**NOTICE OF INTENT TO FILE AMENDED COMPLAINT**<br><br>Hon. Donna M. Ryu |

Plaintiff Reflex Media, Inc. ("Reflex Media"), hereby gives notice of its intent to file an amended Complaint in accordance with Rule 15 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.").

On September 25, 2018, Marca Global filed its Motion to Dismiss Plaintiff's Complaint. The Court issued a briefing schedule regarding the motion and required responses to the motion to be filed no later than October 9, 2018. (Dkt. 19.) The following day the Court required Marca Global to re-notice the hearing to comply with local but kept the briefing schedule issued on September 25th. (Dkt. 23.) Fed. R. Civ. P. 15 permits parties to amend their pleadings 21 days after service of a motion under 12(b). Fed. R. Civ. P. 15(a)(1)(B). Consequently, Reflex Media is required to amend its complaint no later than October 16, 2018, a week after the current motion briefing schedule.

////

////

////

Therefore, given the inconsistency between these deadlines, and in an effort to avoid any confusion about whether and how Reflex Media intends to respond to Marca Global's Motion to Dismiss, Reflex Media hereby gives notice of its intent to file an amended complaint in lieu of responding to the motion. As required by Fed. R. Civ. P. 15, Reflex Media will file its amended complaint on or before the October 16, 2018, deadline.

DATED: October 9, 2018                SMITH WASHBURN, LLP


                                      By:  /s/ Jacob L. Fonnesbeck
                                           Jacob L. Fonnesbeck
                                           *Attorneys for Plaintiff Reflex Media, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 9, 2018, I caused a true and correct copy of the forgoing **NOTICE OF INTENT TO FILE AMENDED COMPLAINT** to be served upon the parties below via the Court's CM/ECF system:

Jacob Song
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92617-8595
Email: jacob.song@kutakrock.com

Chad T. Nitta, *Pro Hac Vice*
Blair E. Kanis, *Pro Hac Vice*
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Email: chad.nitta@kutakrock.com
       blair.kanis@kutakrock.com

                                        /s/ Melina Hernandez