Mark L. Smith (#213829)
  msmith@smithwashburn.com
Jacob L. Fonnesbeck (#304954)
  jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
500 South Grand Avenue, Suite 1450
Los Angeles, CA 90071
Telephone:   (213) 418-2390
Facsimile:    (213) 418-2399

*Attorneys for Reflex Media, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>DOE NO. 1, and individual  d/b/a www.PredatorsAlerts.com, *et al.*,<br><br>          Defendant. | Case No. 4:18-cv-5018-DMR<br><br>**JOINT LETTER RESPONDING TO THE COURT'S NOVEMBER 14, 2018, MINUTE ORDER**<br><br>Magistrate Donna M. Ryu |

Plaintiff Reflex Media, Inc., and Defendants Web Presence, LLC, and Marca Global, LLC, by and through their undersigned counsel, respectfully submit this joint letter in response to the Court's November 14, 2018, minute order (Dkt. 44).

In the minute order, the Court asked the parties to file a joint letter indicating whether they agree to continue the hearing on the pending motion to dismiss. One of the served parties did not agree to continue the hearing. Accordingly, the parties ask that this matter be reassigned to a district judge.

Respectfully submitted:

DATED: November 21, 2018

SMITH WASHBURN LLP
By:    /s/ Jacob L. Fonnesbeck
          Jacob L. Fonnesbeck
Attorneys for Plaintiff Reflex Media, Inc.

////

////

////

DATED: November 21, 2018        MAY, POTENZA, BARAN & GILLESPIE, P.C.

                                By:   /s/ Christopher Ingle
                                         Christopher Ingle
                                Attorneys for Defendant Web Presence, LLC


DATED: November 21, 2018        KUTAK ROCK, LLP

                                By:   /s/ Chad T. Nitta
                                         Chad T. Nitta
                                Attorneys for Defendant Marca Global, LLC


        Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to 1) Christopher Ingle, counsel for Defendant Web Presence, LLC, and 2) Chad T. Nitta, counsel for Defendant Marca Global LLC, and that I have obtained Messrs. Ingle's and Nitta's authorizations to affix their electronic signatures to this document.

                                By:   /s/ Jacob L. Fonnesbeck
                                         Jacob L. Fonnesbeck

4820-3673-1264, v. 1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 21, 2018, the foregoing **JOINT LETTER RESPONDING TO THE COURT'S NOVEMBER 14, 2018, MINUTE ORDER** was served on the person(s) named below via the Court's electronic filing system:

Jacob Song
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92617-8595
Email: jacob.song@kutakrock.com

Chad T. Nitta, *Pro Hac Vice*
Blair E. Kanis, *Pro Hac Vice*
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Email:chad.nitta@kutakrock.com
      blair.kanis@kutakrock.com

*Attorneys for Marca Global, LLC*

Donald H. Cram
Bernard J. Kornberg
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Email: bjk@severson.com

Michelle L. Mozdzen
Christopher Ingle
MAY, POTENZA, BARAN & GILLESPIE, P.C.
Chase Tower, 201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
Email: mmozdzen@maypotenza.com
      cingle@maypotenza.com

*Attorneys for Web Presence, LLC*

_____
/s/ Melina Hernandez

4820-3673-1264, v. 1