Mark L. Smith (#14762)
msmith@smithwashburn.com
Jacob L. Fonnesbeck (#11961)
jfonnesbeck@smithwashburn.com
**SMITH WASHBURN, LLP**
6871 Eastern Avenue., Suite 101
Las Vegas, NV 89119
Telephone: (725) 666-8701
Facsimile: (725) 666-8710

*Attorneys for Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOE NO. 1, an individual d/b/a www.PredatorAlerts.com, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-02423-RFB-PAL<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT WEB PRESENCE, LLC TO RESPOND TO PLAINTIFF'S MOTION FOR ADDITIONAL TIME**<br><br>**(FIRST REQUEST)** |

Pursuant to Civil L.R. 6-1, the parties hereby stipulate to an extension of time, first request, through and including February 5, 2019, for Defendant Web Presence, LLC d/b/a www.NetReputation.com ("Defendant") to respond to Plaintiff Reflex Media Inc.'s ("Plaintiff") Motion for Additional Time to Conduct Discovery re: The Identity of the Doe Defendants based on the following:

1. Plaintiff filed its Motion on January 15, 2019.

2. Defendant's response is currently due on or before January 29, 2019.

3. Undersigned counsel for Defendant is currently working to identify and retain local counsel to represent Defendant in this case.

4. Plaintiff and Defendant agree that in the interest of efficient case management, Defendant's time to respond to the Motion should and may be extended through and including February 5, 2019, which will provide Defendant sufficient time to retain local counsel and file the necessary appearances with the Court. Accordingly, Defendant's responsive pleading will now be due on or before February 5, 2019.

4812-7329-8566, v. 1

**STIPULATION TO EXTEND TIME**
**CASE NO. 2:18-CV-02423, PAGE 1**

5. Plaintiff is filing this stipulation, as undersigned counsel for Defendant is not currently able to file documents in this matter until Defendant's counsel is admitted pro hac vice in Nevada District Court.

## ATTESTATION

I hereby attest that the concurrence in the filing of this document has been obtained by each of the signatories hereto.

Dated: January 29, 2019

SMITH WASHBURN, LLP
By:/s/ *Mark L. Smith*
Mark L. Smith
Attorneys for Plaintiff
REFLEX MEDIA, INC.

Dated: January 29, 2019

May, Potenza, Baran & Gillespie, PC
By:/s/ *Michelle Mozdzen*
Michelle Mozdzen, Pro Hac Vice forthcoming
Christopher B. Ingle, Pro Hac Vice forthcoming
Attorneys for Defendant
WEB PRESENCE, LLC d/b/a www.NetReputation.com

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Status and Scheduling Hearing as well as the Motion to Extend Discovery (ECF No. 64) which is currently scheduled for February 12, 2019 at 10:30 a.m., is **VACATED** and **CONTINUED** to February 19, 2019 at 2:00 p.m. in Courtroom 3B.

Dated: February 1, 2019

_____
Peggy A. Leen
United States Magistrate Judge

# CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2019, the foregoing **STIPULATION TO EXTEND TIME FOR DEFENDANT WEB PRESENCE, LLC TO RESPOND TO PLAINTIFF'S MOTION FOR ADDITIONAL TIME** was served on the person(s) named below via email:

Jacob Song,
KUTAK ROCK LLP
5 Park Plaza, Suite 1500
Irvine, CA 92617-8595
Email: jacob.song@kutakrock.com

Chad T. Nitta,
Blair E. Kanis,
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Email:chad.nitta@kutakrock.com
blair.kanis@kutakrock.com

*Attorneys for Marca Global, LLC*

Donald H. Cram
Bernard J. Kornberg
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Email: bjk@severson.com

Michelle L. Mozdzen
Christopher Ingle
MAY, POTENZA, BARAN & GILLESPIE, P.C.
Chase Tower, 201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
Email: mmozdzen@maypotenza.com
cingle@maypotenza.com

*Attorneys for Web Presence, LLC*

/s/ Leigh Davis-Schmidt