DONALD H. CRAM (CA Bar No. 160004)
BERNARD J. KORNBERG (CA Bar No. 252006)
bjk@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

CHRISTOPHER INGLE (AZ Bar No. 025553)
cingle@maypotenza.com
MICHELLE L. MOZDZEN (AZ Bar No. 028188)
mmozdzen@maypotenza.com
MAY POTENZA BARAN GILLESPIE
201 North Central Avenue, 22nd Floor
Phoenix, Arizona 85004
Telephone: (602) 252-1900
Facsimile: (602) 252-1114

JEAN J. SCHWARTZER (NV Bar No. 11223)
LAW OFFICE OF JEAN J. SCHWARTZER
jean.schwartzer@gmail.com
10620 Southern Highlands Parkway
Suite 110-473
Las Vegas, Nevada 89141
Telephone: (702)-979-9941
Facsimile: (702) 977-9954

Attorneys for Defendant Web Presence, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| REFLEX MEDIA, INC., | Case No. 2:18-cv-02423-RFB-PAL |
| Plaintiff, | **STIPULATION FOR SUBSTITUTION OF PRIOR LOCAL COUNSEL** |
| vs. | |
| DOE NO. 1 ET AL., | |
| Defendants. | |

Pursuant to LR IA 11-6, defendant Web Presence, LLC ("Web Presence"), attorney Jean J. Schwartzer of the Law Office of Jean J. Schwartzer ("Schwartzer"), attorneys Christopher B. Ingle and Michelle L. Mozdzen of the law firm May, Potenza, Baran & Gillispie, P.C. (collectively, "May Potenza"), and attorneys Bernard J. Kornberg and Donald H. Cram of the law firm Severson & Werson, P.C. (collectively, "Severson & Werson"), hereby stipulate to substitute Schwartzer, who is duly admitted to practice in this district and who has already appeared in this matter as Nevada local counsel, in place of Kornberg, who served as local counsel for Web Presence when the case was venued in California.

RESPECTFULLY SUBMITTED this 2nd day of April, 2019.

LAW OFFICE OF JEAN J. SCHWARTZER

By: /s/ *Jean J. Schwartzer*
Jean J. Schwartzer

**Approved by Web Presence**

Signed: */s/Brian Mendes*
Printed Name: Brian Mendes
Title: Manager

**Approved by Severson & Werson**
Signature: /s/ *Bernard J. Kornberg*

**Approved by May Potenza**
Signature: /s/ *Christopher B. Ingle*

**IT IS SO ORDERED.**

DATED: April _____, 2019

Peggy A. Leen
United States Magistrate Judge

1 **PROOF OF SERVICE**

2   At the time of service, I was over 18 years of age and not a party to this action.  I am employed in the County of Clark, State of Nevada.  My business address is 10620 Southern Highlands Parkway, Suite 110-473 Las Vegas, Nevada 89141

3

4   On April 2nd, 2019, I served true copies of the following document(s):

5   **STIPULATION FOR SUBSTITUTION OF PRIOR LOCAL COUNSEL**

6 on the interested parties in this action as follows:

7

8   **BY CM/ECF NOTICE OF ELECTRONIC FILING:**   I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

9

10

11   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

12

13   Executed on April 2nd, 2019, at Las Vegas, Nevada.

14

15

16                                           By: /s/ *Jean J. Schwartzer*

17

18

19

20

21

22

23

24

25

26

27

28

12911.0001/14752617.1

STIPULATION FOR SUBSTITUTION OF PRIOR LOCAL COUNSEL