Mark L. Smith (#14762)
msmith@smithwashburn.com
**SMITH WASHBURN, LLP**
6871 Eastern Avenue., Suite 101
Las Vegas, NV 89119
Telephone: (725) 666-8701
Facsimile: (725) 666-8710

*Attorneys for Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AARON WALLACE, an individual, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-02423-RFB-PAL<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DOES 4-15 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses Doe Defendants 4-15, without prejudice.

DATED: April 29, 2019                                  **SMITH WASHBURN, LLP**

                                                                     /s/ Mark L. Smith
                                                                *Attorneys for Reflex Media, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, the foregoing **NOTICE OF VOLUNTARY DISMISSAL OF DOES 4-15 PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)** was served on the person(s) named below via CM/ECF:

James D. Boyle, Esq.
Sean E Story, Esq.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Email: jboyle@nevadafirm.com
         sstory@nevadafirm.com

Chad T. Nitta
Becky Franson
Rachael Culhane
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Email: chad.nitta@kutakrock.com
         becky.franson@kutakrock.com
         rachael.culhane@kutakrock.com

*Attorneys for Marca Global, LLC*

Jean J. Schwartzer
LAW OFFICES OF JEAN SCHWARTZER
10620 Southern Highlands Parkway, Suite 110-473
Las Vegas, Nevada 89141
Email: Jean.schwartzer@gmail.com

Michelle L. Mozdzen
Christopher Ingle
MAY, POTENZA, BARAN & GILLESPIE, P.C.
Chase Tower, 201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
Email: mmozdzen@maypotenza.com
         cingle@maypotenza.com

*Attorneys for Web Presence, LLC*

Michael Carrigan
SPIEGEL & UTRERA, P.C.
1785 E. Sahara Avenue, Suite 490
Las Vegas, NV 89104
Email: attorneycarrigan@amerilawyer.com

////

////

Nicolas W. Spigner
SPIEGEL & UTRERA, P.C.
8939 S. Sepulveda Blvd., Suite 400
Los Angeles, CA 90045
Email: attorneyspigner@amerilawyer.com

*Attorneys for Aaron Wallace*

/s/ Melina Hernandez