Mark L. Smith (#14762)
msmith@smithwashburn.com
**SMITH WASHBURN, LLP**
6871 Eastern Avenue., Suite 101
Las Vegas, NV 89119
Telephone: (725) 666-8700
Facsimile:  (725) 666-8710

*Attorneys for Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AARON WALLACE, an individual, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-02423-RFB-BNW<br><br>**JOINT NOTICE REGARDING PLAINTIFF'S EFFORTS TO IDENTIFY THE POSTER OF DEFAMATORY MATERIALS** |

Plaintiff Reflex Media, Inc. (*"Reflex Media"*), hereby gives notice to the Court regarding efforts it has undertaken to identify the person or persons responsible for generating certain defamatory material (*"the Poster"*) related to undersigned counsel. A description of the defamatory material was previously submitted and sealed by the Court. (*See* ECF No. 136.)

On April 30, 2019, the Court granted Reflex Media's request to undertake certain third-party discovery directed to identify the Poster. Thereafter, Reflex Media sent third-party subpoenas to the hosting providers of the websites where the scandalous material was published in an effort to obtain either (a) the identity of the Poster himself, or (b) the identity of the website owners[1] so Plaintiffs could send further third-party subpoenas to them for information related to the identity of the Poster. The hosting companies responded to those subpoenas on May 28th and 29th. Unfortunately, the information provided does not contain the identity of the owners of the website.

The information received, albeit minimal, may still be helpful in locating the owners of the subject websites. Accordingly, Plaintiffs have hired a private investigator who is currently working to discover their identities. If this private investigator can identify the owners of those websites, Reflex Media plans

---
[1] The identity of the websites' owners is not apparent from the websites themselves.

to send third-party subpoenas to them regarding the identity of the person(s) responsible for publishing the defamatory materials on their website. Based on past experience, the undersigned anticipates that the owners of the website will be able to produce the IP address associated with the postings, and that they will then need to subpoena the internet service providers associated with those IP addresses in order to ascertain the identity of the responsible person(s). Reflex Media proposes to provide the Court with another update in 45 days from the date of this report.

During the April 30, 2019, hearing, the Court also directed counsel to provide a report on the status of service on Defendant Arman Ali. A motion requesting leave to serve Mr. Ali by alternative means was filed on May 10, 2019, and is awaiting a decision from the Court.

DATED: July 1, 2019                                          **SMITH WASHBURN, LLP**

                                                                                       /s/ Mark L. Smith
                                                                            Mark L. Smith
                                                                            *Attorneys for Reflex Media, Inc.*

Approved As to Form with No Opinion As to Content:

   /s/ James D. Boyle                                          /s/ Michelle L. Mozdzen

James D. Boyle, Esq.                                    Jean J. Schwartzer
Sean E Story, Esq.                                        LAW OFFICES OF JEAN SCHWARTZER
HOLLEY DRIGGS                                      10620 Southern Highlands Parkway,
400 South Fourth Street, Third Floor           Suite 110-473
Las Vegas, Nevada 89101                        Las Vegas, Nevada 89141
Email: jboyle@nevadafirm.com                Email: Jean.schwartzer@gmail.com
          sstory@nevadafirm.com

                                                                        Michelle L. Mozdzen
Chad T. Nitta                                               Christopher Ingle
Becky Franson                                        MAY, POTENZA, BARAN & GILLESPIE, P.C.
Rachael Culhane                                   Chase Tower, 201 N. Central Ave., 22nd Floor
KUTAK ROCK LLP                              Phoenix, AZ 85004
1801 California Street, Suite 3000              Email: mmozdzen@maypotenza.com
Denver, CO 80202                                cingle@maypotenza.com
Email: chad.nitta@kutakrock.com
           becky.franson@kutakrock.com        *Attorneys for Web Presence, LLC*
           rachael.culhane@kutakrock.com

*Attorneys for Marca Global, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2019, the foregoing **JOINT NOTICE REGARDING PLAINTIFF'S EFFORTS TO IDENTIFY THE POSTER OF DEFAMATORY MATERIALS** was served on the person(s) named below via CM/ECF:

James D. Boyle, Esq.
Sean E Story, Esq.
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Email: jboyle@nevadafirm.com
         sstory@nevadafirm.com

Chad T. Nitta
Becky Franson
Rachael Culhane
KUTAK ROCK LLP
1801 California Street, Suite 3000
Denver, CO 80202
Email: chad.nitta@kutakrock.com
         becky.franson@kutakrock.com
         rachael.culhane@kutakrock.com

*Attorneys for Marca Global, LLC*


Jean J. Schwartzer
LAW OFFICES OF JEAN SCHWARTZER
10620 Southern Highlands Parkway, Suite 110-473
Las Vegas, Nevada 89141
Email: Jean.schwartzer@gmail.com

Michelle L. Mozdzen
Christopher Ingle
MAY, POTENZA, BARAN & GILLESPIE, P.C.
Chase Tower, 201 N. Central Ave., 22nd Floor
Phoenix, AZ 85004
Email: mmozdzen@maypotenza.com
         cingle@maypotenza.com

*Attorneys for Web Presence, LLC*

Michael Carrigan
SPIEGEL & UTRERA, P.C.
1785 E. Sahara Avenue, Suite 490
Las Vegas, NV 89104
Email: attorneycarrigan@amerilawyer.com

////

////

1  Nicolas W. Spigner
   SPIEGEL & UTRERA, P.C.
2  8939 S. Sepulveda Blvd., Suite 400
   Los Angeles, CA 90045
3  Email: attorneyspigner@amerilawyer.com

4  *Attorneys for Aaron Wallace*

5                                                    /s/ Melina Hernandez