LOREN WASHBURN, #14297
ARMSTRONG TEASDALE LLP
201 S. Main Street, Suite 750
Salt Lake City, UT 84111
Telephone:  (720) 613-7088
Facsimile:  (314) 621-5065

Attorneys for Plaintiff Reflex Media, Inc., a Nevada corporation

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Reflex Media, Inc., a Nevada corporation | 2:18-cv-02423-RFB-BNW |
| Plaintiff, | Judge: Hon. Richard F. Boulware, II |
| vs. | Magistrate: Hon. Brenda Weksler |
| Aaron Wallace, an individual, et al. | |
| Defendant. | **MOTION FOR WITHDRAWAL OF COUNSEL** |

Pursuant to Civil L.R. (I) (A) 11-6, Plaintiff Reflex Media, Inc. ("Plaintiff"), respectfully requests that D. Loren Washburn, Esq. be permitted to withdraw as counsel of record for Plaintiff as of May 11, 2021.  This Motion to Withdraw is not sought for the purpose of delay or for any other improper purpose. The undersigned represents that Plaintiff and Defendant Aaron Wallace were provided with written notice of Mr. Washburn's intent to withdraw. Plaintiff continues to be represented by Jacob Fonnesbeck, Joseph Schaeffer, and Mark Smith of Smith Washburn.

DATED:  May 27, 2021

ARMSTRONG TEASDALE LLP

By: _D. Loren Washburn_
D. Loren Washburn
201 S. Main Street, Suite 750
Salt Lake City, UT 84111
Telephone:  (720) 613-7088
Facsimile:  (314) 621-5065

Attorneys for Plaintiff Reflex Media, Inc., a Nevada corporation

## <u>Order</u>

IT IS ORDERED that the motion to withdraw (ECF No. 222) is GRANTED.

**IT IS SO ORDERED**

**DATED:** 2:13 pm, June 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**