Mark L. Smith (#14762)
 msmith@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone: (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Reflex Media, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AARON WALLACE, an individual, *et al.*,<br><br>    Defendants. | Case No. 2:18-cv-02423-RFB-BNW<br><br>**STIPULATION TO EXTEND JOINT PRETRIAL ORDER AND AVAILABILITY OF TRIAL DATES**<br><br>(SECOND STIPULATION AND REQUEST FOR EXTENSION) |

The Parties, Reflex Media, Inc., and Aaron Wallace, stipulate and respectfully request that the Court extend the due date for the proposed joint pretrial order to June 23, 2023. Despite the Parties' best efforts, a short extension of time is necessary to complete the joint pretrial order. The issues and evidence for trial are extensive, and counsel cannot effectively prepare a pretrial order by its current due date, June 9, 2023, due to unforeseen delays in the exchange of the parties' information and scheduling. This is the second request to extend the due date to file the proposed joint pretrial order.

////

////

////

////

////

DATED: June 7, 2023

SF FIRM, LLP

      /s/ Mark Smith
Mark L. Smith
6345 South Pecos Rd, Suite 202
Las Vegas, NV 89120
msmith@sffirm.com
*Attorneys for Plaintiff Reflex Media, Inc.*

DATED: June 7, 2023

**SPIEGEL & UTRERA, P.C.**

      /s/ Nicolas Spigner
Nicolas W. Spigner (Pro Hac Vice)
SPIEGEL & UTRERA, P.C.
8939 S. Sepulveda Blvd., Suite 400
Los Angeles, California 90045
attorneyspigner@amerilawyer.com

Michael Carrigan
SPIEGEL & UTRERA, P.C.
1785 E. Sahara Avenue, Suite 490
Las Vegas, Nevada 89104
attorneyspigner@amerilawyer.com

*Attorneys for Defendant Aaron Wallace*

**IT IS SO ORDERED**:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED: June 8, 2023

# CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2023, the foregoing **STIPULATION TO EXTEND JOINT PRETRIAL ORDER AND AVAILABILITY OF TRIAL DATES** was served on the person(s) named below via CM/ECF:

Michael Carrigan
SPIEGEL & UTRERA, P.C.
1785 E. Sahara Avenue, Suite 490
Las Vegas, NV 89104
attorneycarrigan@amerilawyer.com

Nicolas W. Spigner
SPIEGEL & UTRERA, P.C.
8939 S. Sepulveda Blvd., Suite 400
Los Angeles, CA 90045
attorneyspigner@amerilawyer.com

*Attorneys for Aaron Wallace*

                /s/ Pia Martinez