Mark L. Smith (#14762)
  msmith@sffirm.com
**SF FIRM, LLP**
6345 South Pecos Road, Suite 202
Las Vegas, Nevada 89120
Telephone:  (725) 666-8701
Facsimile:  (725) 666-8710

*Attorneys for Reflex Media Inc.*

FILED _____ RECEIVED
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 28 2024

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>              Plaintiff,<br><br>     v.<br><br>AARON WALLACE, an individual, *et al.,*<br><br>              Defendants. | Case No. 2:18-cv-02423-RFB-BNW<br><br>**STIPULATION FOR DISMISSAL OF AARON WALLACE WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Reflex Media, Inc., and Defendant Aaron Wallace hereby stipulate to the dismissal of this action, with prejudice. The parties shall each bear their own fees and costs.

DATED: August 28, 2024

**SF FIRM, LLP**

Mark L. Smith
*Attorneys for Plaintiff*

**HUTCHINGS LAW GROUP**

Mark H. Hutchings
*Attorneys for Defendants*

So Ordered -

8/28/24

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
**CASE NO. 2:18-cv-02423, PAGE I**

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2024, the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was served on the person(s) named below via CM/ECF:

Mark H. Hutchings
HUTCHINGS LAW GROUP
400 S. 4th Street, Suite 500
Las Vegas, NV 89101
mhutchings@hutchingslawgroup.com

John Lanning
ZUMPANO PATRICIOS POPOK & HELSTEN
1210 S. Valley View Blvd., Suite 215
Las Vegas, NV 89102
jlanning@zplaw.com

Nicolas W. Spigner
SPIEGEL & UTRERA, P.C.
8939 S. Sepulveda Blvd., Suite 400
Los Angeles, CA 90045
attorneyspigner@amerilawyer.com

*Attorneys for Aaron Wallace*

_____/s/ Pia Martinez_____